IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LESLIE ROSS-COLLINS,            )
                                )
            Plaintiff,           )
                                )
    v.                          )    No. 07 C 213
                                )
MEIJER STORES LIMITED PARTNERSHIP, )
et al.,                         )
                                )
            Defendants.          )

## MEMORANDUM ORDER

One paragraph of the just-filed Answer in this diversity-predicated action, based on an asserted slip and fall by plaintiff Leslie Ross-Collins at a Meijer store location, is problematic and requires correction: Answer Count I ¶3 presents an unsatisfactory effort to enlist the second sentence of Fed. R. Civ. P. 8(b) to get the benefit of a deemed denial--see App. ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001). That paragraph of the Answer is therefore stricken, but leave is granted to file an amendment to the Answer on or before September 7, 2007 curing that defect, failing which the allegations in First Amended Complaint Count I ¶3 will be deemed to have been admitted.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 28, 2007